C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-08-81428 C-13D
Elnora J. Gooch )
)
)
Debtors )

## ORDER

    This matter coming before the Court upon the Motion of Richard M. Hutson II, Trustee for the above-referenced Debtor to increase plan payments in order for the case to be completed within 60 months as required by 11 U.S.C. §1322(d), and there being no filed objection to the Motion within the time period set forth in the Notice issued on August 23, 2011, by the Clerk of Court setting September 23, 2011, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

    ORDERED that the Debtor's plan is modified to provide for plan payments of $265.00 per month effective with the plan payment due for October, 2011.

**PARTIES IN INTEREST**
**Page 1 of 1**
**08-81428 C-13D**

Elnora J. Gooch
3901 Hulon Dr.
Durham, NC 27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson II
Standing Trustee
PO Box 3613
Durham, NC  27702